IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :     CRIM. NO.  04-491-1
              v.                  :
                                  :     CIVIL NO. 08-5475
HAROLD SPURELL                    :

## O R D E R

**AND NOW**, this ___23rd___ day of ___February___, 2012, upon consideration of

Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (ECF No. 42), and all papers

submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1.     Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 is **DENIED.**

2.     No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____

**R. BARCLAY SURRICK, J.**